_____

**SO ORDERED,**



*Judge Jason D. Woodard*

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

**In re:**

| | | |
|---|---|---|
| **Chiquita Mosley** ) | **Case No.:** | **21-12079-JDW** |
| ) | | |
| **Debtor** ) | **Chapter:** | **13** |

## ORDER OF DENIAL
## FOR FAILURE TO SUBMIT A PROCEDURAL OR DISPOSITIVE ORDER

The Court having found that the moving party heretofore directed or required to provide a proposed procedural or dispositive order within the time required as to the Objection to Confirmation of Chapter 13 Plan (DKT#14), having failed to submit such proposed order as required; it is hereby

**ORDERED, ADJUDGED** and **DECREED** that such Objection to Confirmation of Chapter 13 Plan be and the same is hereby **DENIED**.

##END OF ORDER##